WILLIAM J. O'GRADY, ESQ.
Nevada Bar No. 10415
DAVID J. WEDEMYER, ESQ.
Nevada Bar No. 11318
O'GRADY & WEDEMEYER
410 S. Rampart Blvd, Suite 390
Las Vegas, Nevada 89145
(702) 726.6807
wogrady@owlawlv.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE WALDROP, an individual, WILLIAM WALDROP, an indvidual, | CASE NO. 2:14-cv-02091-JCM-GWF |
| Plaintiffs, | |
| vs. | |
| GREEN TREE SERVICING LLC,  DOES I-V and ROE BUSINESS ENTITIES VI-X, inclusive, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND** (First Request) |
| Defendants. | |

Pursuant to Civil Practice Local Rule 6-1, the parties, by and through the undersigned counsel of record, hereby stipulate and agree that Plaintiffs shall have through and until April 22, 2015 to respond to Defendant's Motion to Dismiss in this action.  This is the parties' first request for an extension of time.

**IT IS SO STIPULATED.**

DATED:  April 8, 2015
WOLFE & WYMAN LLP

By:     */s/ Andrew Bao*
     ANDREW BAO, ESQ.
     Nevada Bar No. 10508
     980 Kelly Johnson Drive, Suite 140
     Las Vegas, NV 89119
     *Attorneys for Defendant,*
     *Green Tree Servicing, LLC*

DATED: April 8, 2015
O'GRADY & WEDEMEYER

By:  */s/ David J. Wedemeyer*
     DAVID J. WEDEMEYER, ESQ.
     Nevada Bar No. 11318
     410 S. Rampart Blvd, Suite 390
     Las Vegas, NV. 89145
     *Attorney for Plaintiff*

**ORDER**

By stipulation of the parties, and good cause appearing therefore, the court orders as follows:

IT IS HEREBY ORDERED this the time for Plaintiffs respond to Defendant's Motion to Dismiss shall be continued to April 22, 2015.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 13, 2015
        _____

Submitted by,

O'GRADY & WEDEMEYER


By: /s/ David J. Wedemeyer
_____
    DAVID J. WEDEMEYER, ESQ.
    Nevada Bar No. 11318
    410 S. Rampart Blvd, Suite 390
    Las Vegas, NV. 89145
    *Attorney for Plaintiff*