DAVID J. WEDEMYER, ESQ.
Nevada Bar No. 11318
WEDEMEYER LAW OFFICES
410 S. Rampart Blvd, Suite 390
Las Vegas, Nevada 89145
(702) 726.6807
wogrady@owlawlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANE WALDROP, an individual, WILLIAM WALDROP, an indvidual,<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN TREE SERVICING LLC, DOES I-V and ROE BUSINESS ENTITIES VI-X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-02091-JCM-GWF |

## SUBSTITUTION OF ATTORNEY

COMES NOW, JANE AND WILLIAM WALDROP ("Plaintiffs") hereby substitute WEDEMEYER LAW OFFICES located at 410 South Rampart Blvd., Suite 390, Las Vegas, Nevada, 89145, whose telephone number is 702.726.6755, as attorney of record in place and stead of O'Grady & Wedemeyer.

DATED this 10 day of February, 2016.          *[signature]*
                                                                            JANE WALDROP

                                                                            *[signature]*
                                                                            WILLIAM WALDROP

I consent to the above substitution.

```
 1   DATED this 24th day of February, 2016.
 2                                                    _____
 3                                                    David J. Wedemeyer, Esq.
 4
 5                                                    _____
 6                                                    William J. O'Grady, Esq.
 7
 8   I am duly admitted to practice in this District.
     Above substitution accepted.
 9   DATED this 24th day of February, 2016
10
                                                      _____
11                                                    David J. Wedemeyer, Esq.
12
                                                      APPROVED:
13
14
15   DATED this  25th  day of February, 2016
                                                      _____
16                                                    GEORGE FOLEY, JR.
                                                      United States Magistrate Judge
17
18
...
28
```